IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV178

| | | |
|---|---|---|
| **MERITOR TRANSMISSION CORPORATION,** | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | **O R D E R** |
| **EATON CORPORATION,** | ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the Court upon the Defendant's motion for admission *pro hac vice* of William H. Mandir, to appear as counsel in this matter, filed July 21, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED**, and William H. Mandir, is hereby granted special admission to the bar of this Court upon the payment of the admission fee of **ONE HUNDRED DOLLARS ($100.00)** to the Clerk of this Court within ten (10) days of the filing of this Order.

**Signed: July 22, 2005**

Lacy H. Thornburg
United States District Judge