# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL CASE NO. 1:04CV178

| | | |
|---|---|---|
| **MERITOR TRANSMISSION CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **EATON CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on the parties' responses to the Order filed July 12, 2005.

The Defendant advises that the motion to compel has been resolved and the Court therefore denies the motion as moot. Plaintiff, however, requests that the Court hold the hearing presently scheduled in connection with the motion to compel to address other discovery disputes which have not been made the subject of motions. The Court declines to do so.

The parties are yet again instructed to make good faith efforts to resolve discovery disputes without court involvement.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to compel is hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that the hearing scheduled for Monday, July 25, 2005 is hereby **CANCELLED.**

The Clerk of Court is instructed to serve this Order via facsimile and mail.

**Signed: July 22, 2005**

Lacy H. Thornburg
United States District Judge