**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:04CV178**

| | | |
|---|---|---|
| **MERITOR TRANSMISSION** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **EATON CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Plaintiff's motion for admission *pro hac vice* of James P. White, to appear as counsel in this matter, filed July 22, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion is **ALLOWED**, and James P. White, is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**Signed: July 25, 2005**

Lacy H. Thornburg
United States District Judge