IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV178

| | |
|---|---|
| MERITOR TRANSMISSION CORPORATION, ) ) ) Plaintiff, ) ) Vs. ) ) EATON CORPORATION, ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion to compel and motion for an expedited briefing. Defendant has filed its opposition to the request for an expedited briefing schedule.

The Court finds that an expedited briefing schedule is not warranted in this instance. The parties, once again, are strongly encouraged to endeavor to resolve the issues presented in the Plaintiff's motion to compel.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for expedited briefing is hereby **DENIED**. The Defendant shall have the time to respond to the motion to compel as outlined in this Court's Local Rules.

**Signed: July 28, 2005**

Lacy H. Thornburg
United States District Judge