# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:04CV178

| | |
|---|---|
| MERITOR TRANSMISSION CORPORATION, ) ) ) Plaintiff, ) ) Vs. ) ) EATON CORPORATION, ) ) Defendant. ) ) | **O R D E R** |

THIS MATTER is before the Court upon the Defendant's motion for admission *pro hac vice* of Jeremy W. Dutra, to appear as counsel in this matter, filed September 29, 2005.

Upon careful review and consideration,

IT IS, THEREFORE, ORDERED that Defendant's motion is ALLOWED, and Jeremy W. Dutra is hereby granted special admission to the bar of this Court upon the payment of the admission fee of ONE HUNDRED DOLLARS ($100.00) to the Clerk of this Court within ten (10) days of the filing of this Order.

2

Signed: October 3, 2005

Lacy H. Thornburg
United States District Judge