IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV178

| | | |
|---|---|---|
| MERITOR TRANSMISSION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | **J U D G M E N T** |
| EATON CORPORATION, | ) ) | |
| Defendant. | ) ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment of non-infringement is **ALLOWED**, and Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE** in their entirety.

Signed: February 23, 2007

Lacy H. Thornburg
United States District Judge